FILED

08/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0109

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0109

_____

NETZER LAW OFFICE, P.C. and DONALD L.
NETZER,

     Plaintiffs and Appellants,

   v.

STATE OF MONTANA, by and through
AUSTIN KNUDSEN in his official capacity as
Attorney General, and LAURIE ESAU, Montana
Commissioner of Labor and Industry,

     Respondents and Appellees.

O R D E R

_____

On Friday, August 19, 2022, Appellants moved for leave to file an overlength reply brief, requesting an additional 2,500 words, or a total of 7,500. The brief is due today. Appellee State of Montana filed an immediate objection to the motion, and offered to file more extensive briefing if further time would be granted. Appellants have demonstrated that the case raises constitutional issues of first impression. In the interest of expediency,

IT IS ORDERED that the motion for leave to file an over-length reply brief is granted in part and denied in part. Appellants are granted leave to file an overlength reply brief of 6,250 words, or 1,250 words beyond the limit provided in the Rules of Appellate Procedure.

IT IS FURTHER ORDERED that Appellants are granted an extension of time until Friday, August 26, 2022, to file their reply brief herein.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
August 22 2022